✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 4:02-CR-25-001 (CDL) |
| **FELIX HARRIS** | |

Felix Harris was sentenced in the Middle District of Georgia by the Honorable Clay D. Land, Chief U.S. District Judge, on June 26, 2003, and was sentenced to 188 months imprisonment, followed by a 5 year term of supervised release for the offense of Possession with Intent to Distribute Cocaine Base.

Felix Harris has met the requirements for Early Termination and has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

James C. Ham  
Supervising U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this **8th** day of **October**, 2019.

s/Clay D. Land  
CLAY D. LAND  
CHIEF U.S. DISTRICT JUDGE